

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-23-00205-CV

## IN RE PENNENERGY RESOURCES, LLC

---

## Original Proceeding

---

### From the 82nd District Court
### Robertson County, Texas
### Trial Court No. 22-09-21523-CV

---

## MEMORANDUM OPINION

---

Relator PennEnergy Resources, LLC's "Petition for Writ of Mandamus" is denied.

Relator's "Verified Emergency Motion to Stay Pending Mandamus Review" is dismissed

as moot.


MATT JOHNSON
Justice


Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied
Opinion delivered and filed July 7, 2023
[OT06]

